SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Misty D. Wade<br><br>        Plaintiff,<br><br>    vs.<br><br>Hardwood Palace Sports and<br><br>Events Center, et al,<br><br>        Defendants | Case No. **2:11-cv-01383-LKK-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL AUGUST 15, 2011 FOR DEFENDANTS RICHARD PLATT; ARON SHAPIRO TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Richard Platt; Aron Shapiro, by and through their respective attorneys of record, Scott N. Johnson; Bradley I. Kramer, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

2. Defendants Richard Platt; Aron Shapiro are granted an extension until August 15, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Richard Platt; Aron Shapiro response will be due no later than August 15, 2011.

IT IS SO STIPULATED effective as of July 27, 2011

Dated:   July 27, 2011                    /s/Bradley I. Kramer

                                          Bradley I. Kramer,

                                          Attorney for Defendants

                                          Richard Platt; Aron

                                          Shapiro

Dated:   July 27, 2011                    /s/Scott N. Johnson

                                          Scott N. Johnson,

                                          Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Richard Platt; Aron Shapiro shall have until August 15, 2011 to respond to complaint.  The status conference currently set for August 8, 2011 is hereby continued to October 3, 2011 at 10:00 am.

The parties shall file their status reports fourteen (14) days prior to the status conference.

Dated: July 28, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3