SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Misty D. Wade

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Misty D. Wade | Case No. **2:11-cv-01383-LKK-GGH** |
| Plaintiff, | **ORDER RE: REQUEST FOR DISMISSAL OF RICHARD PLATT; ARON SHAPIRO** |
| vs. | |
| Hardwood Palace Sports and Events Center, et al | Case to Remain Open with Remaining Defendants |
| Defendants | |

    IT IS HEREBY ORDERED THAT Defendants Richard Platt and Aron Shapiro are hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date: September 29, 2011

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-01383-LKK-GGH - 1