SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Misty D. Wade

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Misty D. Wade<br><br>         Plaintiff,<br><br>    vs.<br><br>Hardwood Palace Sports and Events Center, et al<br><br>         Defendants | Case No. **2:11-cv-01383-LKK-GGH**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF RICHARD PLATT; ARON SHAPIRO**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendants Richard Platt and Aron Shapiro are hereby dismissed Without Prejudice. This case is to remain open with remaining Defendants.

Date: September 29, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT